UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIT F. AUGBORNE,<br><br>                Plaintiff,<br>  vs.<br><br>METRO POLICE OFFICER CONNOR MALONE, *et al.*,<br><br>                Defendants. | Case No.: 2:24-cv-00769-GMN-BNW<br><br>**ORDER VACATING "ORDER ADOPTING REPORT AND RECOMMENDATION"** |

      Pending before the Court is Plaintiff's Motion for Discussion and Clarification, (ECF No. 24). On May 28, 2025, this Court issued an Order adopting in full Magistrate Judge Weksler's Report and Recommendation ("R&R") dismissing Plaintiff 's first, second, fourth, and fifth claims without leave to amend, and dismissing Plaintiff's third claim with leave to amend. (*See generally* Order, ECF No. 23). The Court adopted the R&R as unobjected, explaining that Plaintiff had not filed an objection by the deadline of May 15, 2025. (*Id.*). Plaintiff then filed a Second Amended Complaint, (ECF No. 25), on June 13, 2025, in accordance with the Court's deadline in the Order Adopting Report and Recommendation.

      However, as Plaintiff states in his Motion, the Order, (ECF No. 19), inadvertently failed to provide notice to Plaintiff of his deadline for objecting to the R&R. Because Plaintiff did not receive notice of the deadline, the Court will vacate the Order Adopting Report and Recommendation, (ECF No. 23). The Court also strikes Plaintiff's Second Amended Complaint because it is vacating the Order directing Plaintiff to file a Second Amended Complaint. The Court gives Plaintiff the opportunity to file *either* an objection to the Report and Recommendation, (ECF No. 19), or a Third Amended Complaint. If Plaintiff chooses to file an objection to the Report and Recommendation, the Court will consider his objection. If

Page 1 of 3

1  he instead chooses to file a Third Amended Complaint, the Report and Recommendation will
2  be rejected as moot, and the Third Amended Complaint will be screened.

3  If Plaintiff chooses to file the Third Amended Complaint, the document must be titled
4  "Third Amended Complaint." It must contain a short and plain statement of the grounds for the
5  Court's jurisdiction. *See* Fed. R. Civ. P. 8(a)(1). Additionally, the amended complaint must
6  contain a short and plain statement describing the underlying case and the defendants'
7  involvement in the case. *See* Fed. R. Civ. P. 8(a)(2). Although the Federal Rules of Civil
8  Procedure adopt a flexible pleading standard, Plaintiff still must give each defendant fair notice
9  of his claims against it and of Plaintiff's entitlement to relief. Importantly, Plaintiff is
10 cautioned to be very clear about what his claim is—he needs to cite the specific constitutional
11 provision alleged to have been violated and the facts that support that alleged violation.

12 Additionally, Plaintiff is advised that if he files a Third Amended Complaint, the
13 Amended Complaint, (ECF No. 10), no longer serves any function in this case. As such, the
14 Third Amended Complaint must be complete in and of itself without reference to prior
15 pleadings or other documents. The Court cannot refer to a prior pleading or other documents to
16 make Plaintiff's Third Amended Complaint complete.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Discussion and Clarification, (ECF No. 24), is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court's Order Adopting Report and Recommendation, (ECF No. 23), is **VACATED** and the Plaintiff's Second Amended Complaint, (ECF No. 25), is **STRICKEN.**

**IT IS FURTHER ORDERED** that Plaintiff has until October 6, 2025, to file a Third Amended Complaint OR an objection to the Report and Recommendation, (ECF No. 19).

Dated this __4__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court