UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIT F. AUGBORNE,<br><br>                Plaintiff,<br>vs.<br><br>METRO POLICE OFFICER CONNOR MALONE, *et al.*,<br><br>                Defendants. | Case No.: 2:24-cv-00769-GMN-BNW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

       Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 28), of United States Magistrate Judge Brenda Weksler, which recommends that this action be dismissed for Plaintiff's failure to file an amended complaint by the court-ordered deadline.

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 28) (setting a October 29, 2025, deadline for objections). Accordingly, the Court adopts the

1  R&R in full.

2  Accordingly,

3  **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 28), is
4  **ACCEPTED and ADOPTED** in full.

5  **IT IS FURTHER ORDERED** that this case is **DISMISSED** for failure to file an
6  amended complaint by the court-ordered deadline.

7  The Clerk of Court is kindly directed to close this case.

8  Dated this __24__ day of November, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court