# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Brit F. Augborne,

                    Plaintiff,

          v.

Malone, et al.,

                    Defendants.

Case No. 2:24-cv-00769-GMN-BNW

**ORDER**

Before this Court is Plaintiff's motion for copies of the Court's order dismissing the case without prejudice, which he filed pro se. ECF No. 32. Plaintiff states that he "never received the order from officials at High Desert State Prison nor has ever been in receipt of it." *Id.* at 2. He also states that he makes this request for the sole purpose to prosecute his case. *Id.* No response is needed to resolve this motion.

Incarcerated litigants do not have a constitutional right to free photocopying. *Bacon v. Core Civic*, No. 2:20-cv-00914-JAD-VCF, 2022 WL 2481561, at *2 (D. Nev. July 5, 2022). Further, any litigant who wants copies of electronically filed documents from the court must pay for them. Local Rule IC 1-1(i)(5); 28 U.S.C. § 1914. Here, Plaintiff has not paid for copies of the order he is requesting. Plaintiff's motion is denied. Plaintiff may obtain copies of the documents in his case from the Clerk's Office by paying the standard, applicable photocopying rate.

Additionally, this case was closed on November 24, 2025. No additional documents should be filed in this case, and any additional documents will be stricken accordingly.

**IT IS THEREFORE ORDERED** that Plaintiff's motion at ECF No. 32 is **DENIED**.

DATED: May 27, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE